# IN THE SUPREME COURT OF THE STATE OF NEVADA

MELISSA A. JACKS,
Appellant,
vs.
RONALD G. JACKS,
Respondent.

No. 70133

FILED

JUN 27 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on April 12, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
Accelerated Law Group
Standish Naimi Law Group
Eighth District Court Clerk